UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>GORE,<br><br>　　　　　　　　　　Respondent. | Case No.:  3:20-cv-01609-LAB-WVG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, who appears to be in custody at San Diego County Jail and is proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* Local Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than <u>October 28, 2020</u>**. *For Petitioner's convenience, the Clerk of Court shall attach to this Order, a blank application to proceed in forma pauperis.*

DATED:  September 23, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court